## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Berwick Township     :
          :
   v.      :  No. 461 C.D. 2016
          :
Robert F. O'Brien, Linda A. O'Brien, :
Robert F. O'Brien, Jr., and Lydia A. :
O'Brien,       :
     Appellants  :


# **O R D E R**


NOW, November 30, 2016, upon consideration of appellants' application for reargument *en banc* and appellee's answer in response thereto, the application is denied.


              _____
              MARY HANNAH LEAVITT,
              President Judge